**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| ANDREA WOOD, | Case No. 3:25-CV-00271-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER REGARDING PAYMENT OF FILING FEE** |
| v. | |
| SGT INVESTMENT, *et al.*, | |
| Defendants. | |

On July 1, 2025, Plaintiff Andrea Wood ("Wood") submitted a check to pay the filing fee in this case, which was processed by the Court on July 2, 2025. (ECF No. 6.) However, the check was a foreign check from Canada and therefore should not have been accepted. Although Wood wrote the check for the correct amount, due to the conversion rate from Canadian to U.S. dollars, the Court only received a payment of $287.19. Therefore, the filing fee of $405 for a civil action (which includes the $350 filing fee and the $55 administrative fee) has not been paid in full in this case.

Consequently, the Court orders Wood to pay the remainder of the filing fee, which amounts to $117.81, on or before **Tuesday, October 21, 2025**. Failure to do so will result in a recommendation to the District Court to dismiss the action.

**IT IS SO ORDERED.**

**DATED**: __October 7, 2025__

_____
**UNITED STATES MAGISTRATE JUDGE**